IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 13 A 11: 15

CLERK L. LaVictoire
S. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO.: CR205-32 |
| v. | ) | |
| | ) | |
| KALVIN LASHAWN MANGRAM | ) | |
| DENNIS MITCHELL | ) | |

### ORDER

Defendant Dennis Mitchell has filed a Motion in Limine seeking to exclude from the trial of this case any statement made by Co-Defendant Kalvin Lashawn Mangram and the masks recovered during the stop of the vehicle. The Government has filed no response to the motion indicating no opposition thereto. Accordingly, Defendant Mitchell's unopposed Motion in Limine is **GRANTED**.

**SO ORDERED**, this 13½ day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)