IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 13  A 11: 16

CLERK _L. LaVictoire_
S. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-32 |
| v. ) | |
| ) | |
| KALVIN LASHAWN MANGRAM ) | |
| DENNIS MITCHELL ) | |

### ORDER

The Government has filed its "First Motion in Limine" seeking to exclude certain evidence from the trial of this case. Defendants have filed no response to the motion indicating no opposition thereto. Accordingly, the Government's First Motion in Limine is **GRANTED**.

SO ORDERED, this 13th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)